RECEIVED
DEC 01 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

(This form is intended to be used by persons who are not represented by an attorney. This should NOT be used by a prisoner who is filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983. A separate form is obtainable for prisoners.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Lee Morlow Andre

4:06-CV 00574

4:06-cv-574

(Enter above the FULL name of each plaintiff in this action)

vs.                                                      COMPLAINT

Church of Jesus Christ of Latter Day Saints
Robert C. Oaks
Robert W. Nye
Bryan M. Arzani

(Enter above the FULL name of each defendant in this action)

Andre v. Church of Jesus Christ of Latter Day Saints et al                                    Doc. 1

**Parties**
(In item A below, place your name in the first blank and place your present address and phone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Lee Harlow Andre

   Address & Phone number  1175 Highland Place

   Home State  Dubuque, Ia. 52001-4652

B.  Additional Plaintiffs (include addresses, phone numbers and home states)

   _____

   _____

   _____

(In item C below, place the **FULL** name of the defendant in the first blank place the address and phone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.  Name of defendant  Church of Jesus Christ of Latter Day Saints

   Address & Phone number  50 East North Temple

   Home State  Salt Lake City, Utah 84150

D.  Additional Defendants (include addresses, phone numbers and home states)

   Bryoud Arzani 425 North West ST. Truro Ia. 50257
   Tel. (641) 765-4484
   Robert W. NYE 2800 Ashwood Drive Carbondale Ia. 50322
   Tel (515) 252-0933

**Statement of Claim**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state **EXACTLY** what each defendant personally did, or failed to do, which resulted in harm to you. State the date **AND** place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On 04 Dec AD 2004 in His Church office at Osceola Ia, Bryon M. Arzani Attacked me Lee H. Andre, Threw me To The Concrete Floor, Kicked me in The Head, Knocking me Unconscious, Then when I was Unconscious He Twisted my Right Leg, Tearing The MCL Ligament in The Knee, And Stomped on my Left Hand Causing Severe Injuries To my Thumb and First Finger, He Caused Brain Injuries in addition

If you know, **BRIEFLY** state what **SPECIFIC** law of constitutional provisions defendant(s) violated.)

Assault causing Serious Injury

**Relief**

(State briefly **EXACTLY** what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I wonT The court To order The PerperTra Too and His Church officers above him To Pay all medical expenses and loss of income and all other expense From This Crime PasT, PresenT and FuTure

**Signature(s) of Plaintiff(s)**

Signed this 4Th day of Decembre, 2006.

_____
(Signature of Plaintiff)

563 557-7162
(Area code) Phone Number

Signatures and phone numbers of additional plaintiffs, if any: