Andre v. Church of Jesus Christ of Latter Day Saints et al    Doc.

Case 4:06-cv-00574-JEG-CFB    Document 2    Filed 12/04/2006    Page 1 of 1

This event contained no paper or electronic document