TO: U.S. District Court in + For Southern Iowa
ATTN: The Hon. James E. Gritzner Judge
Ref. Case 4:06-CV 00574-JEG-CFB
From: Sgt. Lee H. Andre request For Reconsideration

RECEIVED
06 DEC 21 PM 1:47
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

Dear Judge Gritzner;

Thank you for your time and attention to my request. I took this action only after 2 long years of Pleading with L.D.S. officials both in Des Moines and Omaha AND General Authorities in Salt Lake City to do the Right Thing and investigate, with un-biased people this Terrible Crime.

My "Repeated petitions have been answered only by repeated injury."

Please believe me, Your Honor, There exists Manifold Federal Interest in This Case. I request additional Time to list in Plain But Typed Form (hope to find a Typist) a list of the Both Civil and Criminal Crimes That officials of The L.D.S. Church have committed against me and my children in the last 4 decades, I will Submit this list under Federal Oath and preferr to do This in Person.

I will also Take a polygraph – Arzani, NYE, and even General Robert C. Oaks U.S.A.F. (Ret) Fear The "lie Box" like a Salem Preacher Fears a witch."

A mere snapshot of the Federal Interest is that the medical expense so far is already approaching $75,000.00 if it has not already exceeded that ammount. Alzheimers is a Stark Possibility given the Severe Brain injury from Arzani. Federal Interest? I am a retired U.S. Serviceman, – 80% of the medical costs of this Crime have been Payed (Lucky For me) By Tri-Care – Taxpayer Funded. After 19 July 2008 the whole ammount will be payed when Medicare Kicks in and Tri-Care picks up the leftover ammount. I also feel That There is a definite case under 18 U.S.C Sec. 241 & 242.

Thank you again for Course.
Senyour Fi, Sgt. Lee H. Andre

Sgt. Lee H. Andre
1175 Highland Place
Dubuque, Ia. 52001-4652
563-557-7162, Cell 563-581-3972

Andre v. Church of Jesus Christ of Latter Day Saints et al    Doc. 4

Sgt. Lee H. Andre USMC USMR(LSMR)S
1175 Highland Place
Dubuque, Ia. 52001-4652

CEDAR RAPIDS IA 524
13 DEC 2006 PM 1 L

50306+9344

Clerk U.S. District Court
U.S. CourtHouse
P.O. Box 9344
Des Moines, Iowa 50306-9344

