IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LEE HARLOW ANDRE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, et al.,<br><br>    Defendants. | No. 4:06-cv-00574-JEG<br><br>ORDER ON REQUEST<br>FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff's Request for Reconsideration (Clerk's No. 4) of the Court's Order of December 7, 2006 (Clerk's No. 3). The Court had previously determined it is without jurisdiction to proceed with Plaintiff's claim, and the matter was necessarily dismissed. This recent Request for Reconsideration argues the significance of the claim but provides no additional information that alters the Court's prior determination. As previously indicated, this is a court of limited jurisdiction. While the Court has made no determination of the validity of Plaintiff's claim if timely brought in a proper court of general jurisdiction, this United States District Court is without authority to adjudicate the case. Accordingly, Plaintiff's Request for Reconsideration (Clerk's No. 4) must be **denied**. This case is **dismissed**.

    **IT IS SO ORDERED.**

Dated this 22nd day of December, 2006.

*/s/ James E. Gritzner*
JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT